May 29, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-25-00068-CV

KEITH FITZGERALD HERVEY, Appellant

V.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellee

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on January 17, 2025. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Keith Fitzgerald Hervey.

We further order this decision certified below for observance.

Judgment Rendered May 29, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris.
Opinion delivered Per Curiam.